## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

MELISSA MEYER, on behalf of herself
and others similarly situated,

      Plaintiff,

v.                                            Case No. 3:14-cv-393-MMH-JBT

DIVERSIFIED CONSULTANTS, INC.,

      Defendant.

_____/

## **NOTICE OF PENDING SETTLEMENT**

      Defendant, Diversified Consultants, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                        Respectfully submitted,

                                        /s/ Dayle M. Van Hoose
                                        Dayle M. Van Hoose, Esq.
                                        Florida Bar No. 0016277
                                        Rachel A. Morris, Esq.
                                        Florida Bar No. 0091498
                                        Abigail S. Pressler, Esq.
                                        Florida Bar No. 0098072
                                        Sessions, Fishman, Nathan & Israel, LLC
                                        3350 Buschwood Park Drive, Suite 195
                                        Tampa, FL 33618
                                        Telephone: (813) 890-2463
                                        Facsimile: (866) 466-3140

>dvanhoose@sessions-law.biz
>ramorris@sessions-law.biz
>apressler@sessions-law.biz
>
>Attorneys for Defendant,
>Diversified Consultants, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February 2015, a copy of the foregoing was served electronically via CM/ECF on the following:

>Aaron D. Radbil, Esq.
>Greenwald Davidson Radbil PLLC
>5550 Glades Road, Suite 500
>Boca Raton, Florida  33431

>/s/ Dayle M. Van Hoose
>Attorney